IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH LEE MCGOWAN, | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:18-CV-2483-N-BK |
| | § | |
| KIRSTJEN M. NIELSEN, | § | |
| ET AL., | § | |
|    DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED**. Plaintiff is hereby **WARNED** that if he persists in filing fee-paid complaints but failing in his responsibility to properly effectuate service, he will be subject to the imposition of sanctions, including monetary penalties and restrictions on his privilege to file civil cases in the future.

SIGNED this December 6, 2019.

_____
UNITED STATES DISTRICT JUDGE